[No. 14149-7-III.   Division Three.   December 5, 1995.]

THE CITY OF ELLENSBURG, *Appellant*, v. KING VIDEOCABLE CO., *Respondent*.

The decision in the above captioned case which appeared in the advance sheets at 80 Wn. App. 17-32 will not be published in this permanent bound volume pursuant to an order of the Court of Appeals dated March 19, 1996, directing that the opinion be withdrawn. See 80 Wn. App. 901.